Pérez, Recurrente, v. El Registrador, Recurrido.

Recurso gubernativo contra resolución del Registrador de la Propiedad de San Juan, Sección 1ª.

No. 137.—Resuelto en marzo 13, 1913.

Resolución Firme—Certificación del Secretario.—La afirmación hecha por el secretario de una corte en una certificación de una resolución de que la misma es firme, no es concluyente.

Expediente de Conversión de Posesión en Dominio—Apelación.—El término de diez días prescrito en la ley de marzo 11, 1908, para regular apelaciones contra sentencias de las cortes municipales en pleitos civiles, es aplicable a los expedientes de conversión de posesión en dominio.

Los hechos están expresados en la opinión.

Abogados del recurrente: *Sres. Bosch* y *Soto.*

El registrador no compareció.

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

El presente es un recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de San Juan, Sección Primera.

El peticionario promovió ante la Corte Municipal de Río Piedras el correspondiente expediente para convertir en dominio la posesión de una finca rústica de su propiedad, sita en el término municipal de Río Piedras. Aprobado el referido expediente, una copia certificada del mismo fué presentada para su inscripción en el Registro de la Propiedad de San Juan, Sección 1ª. El registrador de la propiedad de dicha sección inscribió debidamente el expediente verificando la conversión, pero "con el defecto subsanable de no expresarse que la resolución dictada en el expediente fuera firme."

Según aparece en el primer párrafo de la copia certificada

que ha sido presentada para su inscripción, el Secretario de
la Corte Municipal de Río Piedras manifiesta en ella: "que
dicha resolución final es firme por no haberse interpuesto con-
tra ella recurso de apelación."

Esta afirmación del secretario de la corte municipal no es
decisiva o concluyente y debemos examinar la cuestión y de-
terminar si la misma es o no correcta.   Esta resolución lleva
fecha de 4 de enero de 1913 y la certificación del secretario
fué expedida a quince del mismo mes, u once días después.
De acuerdo con la ley de 11 de marzo de 1908, "para regla-
mentar las apelaciones contra sentencias de las cortes munici-
pales en pleitos civiles," leyes de la sesión de 1908, página 124,
cualquiera de las partes podrá interponer recurso de ape-
lación para ante la corte de distrito, en cualquier caso civil,
dentro de los diez días de dictada la sentencia.   Por con-
siguiente si este estatuto es aplicable a los casos en los cuales
se trata de convertir un título posesorio de una finca que
ha sido debidamente inscrita en uno de dominio, el término
que ha sido concedido había vencido en la fecha en que se
expidió la certificación, y la resolución final era firme, puesto
que después no podía interponerse recurso de apelación con-
tra la misma.

Entendemos que un procedimiento tal como el que se encon-
traba pendiente en la Corte Municipal de Río Piedras y en
el cual fué dictada resolución relativa al dominio, es un caso
civil comprendido en el estatuto para regular las apelaciones.
Por consiguiente, la afirmación hecha por el secretario fué
correcta y debe por tanto revocarse la nota del registrador,
en cuanto al defecto subsanable que en ella se hizo constar.

*Revocada.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro y Aldrey.